UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MIRANDA, | No. 2: 25-cv-2431 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. PADILLA, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, simultaneously filed a complaint and a motion styled as a motion to dismiss. ECF Nos. 1, 3. Because the complaint and motion were submitted at the same time, plaintiff will be required to clarify whether he intends to proceed with the instant action. If plaintiff does not want to proceed with this action, he must file a notice of voluntary dismissal, in which case this action will be dismissed without prejudice and no filing fee will be assessed. If plaintiff does want to proceed with this case, he must notify the court that he wants to proceed, in which case the complaint will be screened and plaintiff will be required to pay the $350.00 filing fee, in installments, even if he is granted leave to proceed in forma pauperis. See 28 U.S.C. §§ 1915(b)(1), 1915A. At this time, the court takes no position as to whether plaintiff has any viable claims. If plaintiff fails to file a notice advising the court of what he would like to do, the court will assume that he is seeking to continue with this action and will proceed to assess a filing fee and screen the complaint.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, plaintiff shall file a notice with the court stating either that he wants to voluntarily dismiss this action or that he would like to proceed with this action.

DATED: November 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE